UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO.: 22-20498-CR-GAYLES

UNITED STATES OF AMERICA,

    Plaintiff,

v.

DANIEL ARTURO CAMARGO,

    Defendant.
_____/

**ORDER AFFIRMING AND ADOPTING REPORT OF MAGISTRATE JUDGE**

**THIS CAUSE** comes before the Court on Defendant Daniel Arturo Camargo's Motion to Dismiss Information for violating Defendant's right to a speedy trial (the "Motion"). [ECF No. 22]. The Court referred the Motion to Magistrate Judge Jonathan Goodman, pursuant to 28 U.S.C. § 636(b)(1)(B), for a Report and Recommendation. [ECF No. 23]. On May 31, 2024, Judge Goodman issued a Report recommending that the Court deny the Motion (the "Report"). [ECF No. 44]. On June 10, 2024, both sides timely filed objections to the Report. [ECF Nos. 49, 50].

A district court may accept, reject, or modify a magistrate judge's report and recommendation. 28 U.S.C. § 636(b)(1). Those portions of the report and recommendation to which objection is made are accorded *de novo* review, if those objections "pinpoint the specific findings that the party disagrees with." *United States v. Schultz*, 565 F.3d 1353, 1360 (11th Cir. 2009); *see also* Fed. R. Civ. P. 72(b)(3). Any portions of the report and recommendation to which *no* specific objection is made are reviewed only for clear error. *Liberty Am. Ins. Grp., Inc. v. WestPoint Underwriters, L.L.C.*, 199 F. Supp. 2d 1271, 1276 (M.D. Fla. 2001); *accord Macort v. Prem, Inc.*, 208 F. App'x 781, 784 (11th Cir. 2006). Having conducted a *de novo* review of the record, the

Court agrees with Judge Goodman's well-reasoned analysis and conclusion that Defendant's Motion should be denied.

Accordingly, after careful consideration, it is **ORDERED AND ADJUDGED** as follows:

(1)  Judge Goodman's Report and Recommendation, [ECF No. 44], is **AFFIRMED and ADOPTED** and incorporated into this Order by reference.

(2)  Defendant's Motion to Dismiss Information, [ECF No. 22] is **DENIED**.

**DONE AND ORDERED** in Chambers at Miami, Florida, this 25th day of July, 2024.

_____
DARRIN P. GAYLES
UNITED STATES DISTRICT JUDGE